IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-191 JAM |
| Plaintiff, | RELEASE ORDER |
| v. | |
| CESAR CABALLERO, | |
| Defendant. | |

On April 26, 2016, the jury returned a verdict of guilty as to defendant, CESAR CABALLERO. Mr. Caballero has been in federal custody since February 29, 2016. On April 27, 2016, he will have completed serving the 60 day sentence in Case No. 2:11-mj-035 EFB. Therefore, Mr. Caballero should be ordered released in the above captioned case pending Judgment and Sentencing on May 17, 2016 at 9:15 a.m. Mr. Caballero has been advised that he is required to appear on that date and has agreed to do so. He has been further advised that failure to appear for sentencing on May 17, 2016 could result in additional penalties being imposed which may include a period of incarceration, a fine, or both.

Good cause appearing therefor,

IT IS ORDERED that CESAR CABALLERO be released from federal custody no later than April 27, 2016 pending the imposition of judgment in the above-captioned case.

Dated: April 27, 2016

_____
Hon. JOHN A. MENDEZ
United States District Judge

-1-